# UNITED STATES DISTRICT COURT
для
District of South Carolina

| Emanuel Richard Howard, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.   3:11-cv-03418-JFA |
| Jeradine Childs; Tivis Therland; Anne Spears Walsh; William Byars, Jr.; Kela Evans Thomas, | ) |
| *Defendants* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Emanuel Richard Howard, shall take nothing of the defendants; Jeradine Childs, Tivis Therland, Anne Spears Walsh, William Byars, Jr. And Kela Evans Thomas; from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, United States District Judge, presiding, adopting the Report and Recommendations set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the complaint without prejudice.

Date:   February 16, 2012                                                     *CLERK OF COURT*

                                                                              s/A. Buckingham
                                                                              _____
                                                                              *Signature of Clerk or Deputy Clerk*